**COUNTY OF ST. LOUIS, Respondent,**

v.

**Georgia HAMMONS and James Hammons, Appellants.**

**Nos. 52771, 52773, 52778 and 52779.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Nov. 17, 1987.

Motion for Rehearing and/or Transfer Denied Dec. 17, 1987.

Georgia Hammons, pro se.

Lisa Rattner, Asst. County Counselor, Clayton, for respondent.

### ORDER

PER CURIAM.

Georgia Hammons and James Hammons appeal from the judgments of the trial

---

court finding Georgia Hammons guilty on two charges of peace disturbance and one charge of destruction of private property in violation of St. Louis County ordinances for which she was fined $500.00, $200.00, and $150.00, and finding James Hammons guilty on one charge of destruction of private property in violation of a St. Louis County ordinance for which he was fined $100.00.

An extended opinion would serve no jurisprudential purpose. The judgments are affirmed. Rule 30.25(b).